# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

154677 (18)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ALFONSO FRANCISCO MARTINEZ,
    Defendant-Appellant.

SC: 154677
COA: 332456
Saginaw CC: 01-020907-FC

_____/

    On order of the Court, the motion for reconsideration of this Court's May 31, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

    WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk

t0906